

**Attorneys**
John P. Fazzio, III **
Zoltan Simon, II +
Melissa Pasquariello-Stefano %

**KEY**
** Also Member of NY & PA
% Also Member of NY
+ Member of NY Only
* Member of NJ Only

**Hackensack Office**
Court Plaza South
21 Main Street, Ste. 255
Hackensack, NJ 07601

**PLEASE SEND ALL CORRESPONDENCE TO HACKENSACK ADDRESS**

P: (201) 529-8024
F: (201) 529-8011
www.fazziolaw.com

**Legal Professionals**
Caitlin Gibbons #
Geovane Lemond ¢¶

**KEY**
# Chief Operating Officer
¶ Paralegal
¢ Billing Coordinator

**New York Office**
305 Broadway
7th Floor, Suite 19
New York, NY 10007

October 3, 2024

**VIA ELECTRONIC FILING**
Hon. Leo M. Gordon U.S.D.J.
United States Court of International Trade
One Federal Plaza
New York, New York, 10278-0001

**ORDER**

Re:   **ConvergeOne Inc. v. Ameream LLC**
      **Docket No.: 2:24-cv-07445-LMG-LDW**
      **L.Civ.R. 7.1(d)(5) – Automatic Extension Request**

Dear Judge Gordon:

As you know, I represent Ameream LLC in connection with the above-referenced lawsuit.

I write to request that the Clerk extend Ameream LLC's time to respond to the current motion to dismiss filed by the plaintiff under Dkt. No. 18 for fourteen (14) days, through and including October 17th, 2024. The originally noticed motion date has not previously been extended or adjourned.

I have discussed the matter counsel for ConvergeOne Inc. and advised him that we would be filing this automatic extension request. Mr. Cunio has no objection to the extension being granted. The proposed extended dates are set forth below. We appreciate the Court's courtesies.

**L.Civ.R. 7.1(d)(5) Application Dates:**

| | |
|---|---|
| **New Motion Date:** | **November 4, 2024 (or later)** |
| **Opposing Papers Due:** | **October 17th, 2024 (or 14 days prior to new motion date)** |
| **Reply Papers Due:** | **October 28th, 2024 (or 7 days after opposition papers)** |

**SO ORDERED.**

**s/ Leo M. Gordon**
**Leo M. Gordon, Judge**
**Court of International Trade**
**(sitting by designation in the District of New Jersey)**
**Date: 10/7/2024**

Very truly yours,

FAZZIO LAW OFFICES

*/s/ John P. Fazzio*
JOHN P. FAZZIO, ESQ.